NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA CAMBRIDGE LTD.,**
*Appellant,*

v.

**INTELLIGENT BIO-SYSTEMS, INC.,**
*Appellee.*

---

2015-1123

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00128.

---

**ON MOTION**

---

**O R D E R**

Illumina Cambridge Ltd. ("Illumina") moves unopposed for companion-case treatment of this case and Illumina's as-yet undocketed appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00266. Illumina also seeks to coordinate the briefings schedules of the cases or in the alternative for a 30-day extension of time for filing its

opening brief in this case, which otherwise is due December 30, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Appeal 2015-1123 shall be considered a companion case with the appeal from IPR2013-00266 and assigned to the same merits panel.  The appellant's opening briefs, each not to exceed 14,000 words, shall be due no later than 60 days after docketing of the appeal from IPR2013-00266.  The appellee's briefs are due within 90 days of filing of the appellant's briefs.  The reply briefs are due within 30 days of the filing of the appellee's briefs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31